## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Cause No.: 4:23-cr-00358 |
| | § | |
| DERRICK DEWAYNE BUTLER, | § | |
| TRAYVON MAXWELL, | § | |
| HERMAN MITCHELL, and | § | |
| JEREMY JAMES JENKINS, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## <u>JOINT MOTION FOR CONTINUANCE</u>

TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:

COMES NOW the United States of America and respectfully submits this Joint Motion for Continuance in the above-styled and numbered cause for the defendants named above.   The Government would respectfully show this Honorable Court the following:

The case is currently set for the motions filings on October 5, 2023, the Pretrial Conference on October 23, 2023, and the jury trial on October 30, 2023.   Defendants, Trayvon Maxwell, Herman Mitchell, and Jeremy Jenkins, have all been released on bail.   Defendant, Derrick Butler, has been detained.   The Government has conferred with defense counsel for these defendants as to the merits of this motion and was advised that they are not opposed to the requested continuance and have joined in this motion.[1]

The Government is providing discovery to defense counsel who have advised they will need additional time to review discovery with their respective clients, time to investigate

---

[1] Defendant, Emmanuel Winnfield, turned himself in to law enforcement on September 20, 2023, and has not yet been appointed counsel.   Defendant, Samuel Draper, is scheduled for an Initial Appearance on October 5, 2023.

potential defenses, and time to engage in potential plea discussions.

## CONCLUSION

The Parties respectfully requests that this Court grant this motion and issue a new Scheduling Order.   The parties make this request to allow defense counsel adequate time to provide effective assistance of counsel.   The parties request that all settings be continued for not less than 120 days.

<div style="margin-left:40%">

Respectfully submitted,
ALAMDAR HAMDANI
United States Attorney
Southern District of Texas

By:   *Ralph Paradiso*
      Kelly Zenón-Matos
      Assistant United States Attorney
      Ralph Paradiso
      Shelia Lafferty
      OCGS Trial Attorney

</div>

## CERTIFICATE OF COFERENCE

Counsel has conferred with defense counsel for defendants, Derrick Butler, Trayvon Maxwell, Herman Mitchell and Jeremy Jenkins, who have indicated they are not opposed to a 120- day continuance in this case.

*Ralph Paradiso*
TRIAL ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on September ___, 2023, a true and correct copy of the foregoing Joint Motion for Continuance was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the defense counsel assigned to this case.

*Ralph Paradiso*
TRIAL ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

DERRICK DEWAYNE BUTLER,
TRAYVON MAXWELL,
HERMAN MITCHELL, and
JEREMY JAMES JENKINS,

 Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§

Cause No.: 4:23-cr-00358

## **[PROPOSED] ORDER**

 Pursuant to 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the Court finds the ends of justice will be served by allowing the defendants additional time in which to prepare this case and these findings outweigh the best interest of the public and the defendants in a speedy trial. The Court finds that failing to grant the continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation considering the exercise of due diligence. *See* 18 U.S.C. § 3161(H)(b)(iv).

 Accordingly, is ordered that that the Joint Motion for a Continuance, Docket No.____, is GRANTED and the time between _____ and _____ is excluded from consideration under the Speedy Trial Act, 18 U.S.C. § 3161(h).

 IT IS SO ORDERED this ____ day of September, 2023.

                _____
                LEE H. ROSENTHAL
                United States District Judge