UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Case No.** 23-00358-06-CR-H-LHR |
| **JEREMY JAMES JENKINS**, | |
| Defendant(s). | |

MOTION FOR REVOCATION OF
PRE-TRIAL RELEASE AND ARREST WARRANT

The United States of America, by the undersigned Assistant United States Attorney, and pursuant to 18 U.S.C. § 3148(b), moves this Court to issue a warrant for Defendant's arrest and revoke his pre-trial release, and offers the following suggestions in support of its motion:

    1.    On August 16, 2023, a federal grand jury seated in Houston, Texas, returned an indictment charging Defendant with conspiracy to interfere with commerce by robbery, in violation of 18 U.S.C. § 1951(a); conspiracy to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846; attempt to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2. (D.E. 1.) On August 24, 2023, Defendant was arrested and made an initial appearance before the Honorable Yvonne Y. Ho, United States Magistrate Judge, Southern District of Texas. The Government moved for Defendant's detention, and he was temporarily detained pending a hearing on the Government's motion. (D.E. 17.)

2. On August 28, 2023, a detention hearing was held before the Honorable Andrew M. Edison, United States Magistrate Judge, Southern District of Texas. After hearing evidence, Judge Edison entered an order releasing Defendant on a $50,000 unsecured bond subject to various conditions. (D.E. 46.) Among other things, the conditions prohibited Defendant from "violat[ing] any federal, state or local law" and barred him from possessing controlled substances as a condition of release on bond. (D.E. 26 at 1 & 2.) Defendant signed a notice regarding his conditions of release and the penalties for violating them. (D.E. 46 at 6.) An unsecured appearance bond was promptly entered and Defendant was released. (D.E. 45.)

*Ongoing Wire Fraud*

3. The Federal Bureau of Investigation ("FBI") has viewed an Instagram account with vanity name "1_bigjizzz" (hereinafter the "SUBJECT ACCOUNT") and the publicly available posts associated with it. The FBI believes that the SUBJECT ACCOUNT is controlled by Defendant. Notably, the vanity photograph associated with the SUBJECT ACCOUNT appears to be Defendant based on an FBI agent comparing it to Defendant's Texas driver's license photograph. The SUBJECT ACCOUNT also includes other photographs of Defendant. In addition, the SUBJECT ACCOUNT name includes "Jizz," which the FBI believes to be an alias utilized by Defendant. Photographs posted to the SUBJECT ACCOUNT of Defendant have comments by others referring to Defendant as "Jizz."

4. On January 3, 2024, FBI agents reviewed the SUBJECT ACCOUNT and observed a post dated November 4, 2023:



5.　　Based on their training, experience, and knowledge of this investigation, agents understand the foregoing post to be Defendant soliciting individuals with access to different types of bank accounts, which would be used to facilitate financial schemes. Agents are aware that, under this scheme, the bank accounts are used to deposit stolen and/or altered checks into an account maintained or controlled by Defendant or a co-conspirator. Once this occurs, Defendant will then direct the account owner to wire transfer the funds to a bank account controlled by Defendant and/or withdraw cash and provide it directly to Defendant. The account owner will typically be allowed to retain a portion of the funds as payment for use of the account. In this specific post, agents believe that Defendant is asking for accounts at Chase Bank, Navy Federal Credit Union, TDECU Credit Union, and USAA Bank. Defendant is asking for a "CU's," which appears to refer to credit unions, and "Biz accts," which refers to business bank accounts.

6.  On February 14, 2024, agents obtained a federal search warrant for information associated with the SUBJECT ACCOUNT. Upon reviewing the information provided by Instagram in response to the search warrant, the FBI discovered numerous conversations, posts, and media pertaining to financial scams and fraud schemes. Below is a representative sample of the communications agents observed:

```
Thread (916351843084911)
   Current  2023-08-29 15:10:18 UTC
Participants  ogtellyy (Instagram: 5356253086)
              1_bigjizzz (Instagram: 46396590842)

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 03:30:16 UTC
  Body  What I got to do too get this money

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 03:40:57 UTC
  Body  I fuck wit the banks , I drop checks in banks

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 03:41:24 UTC
  Body  Ok what I gots to do

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 03:41:33 UTC
  Body  It's Legit

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 03:43:54 UTC
  Body  Yea , what bank you got and how long it's been opened

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 03:47:45 UTC
  Body  I was with the Federal union

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 03:47:58 UTC
  Body  You still wit them ?

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 03:48:40 UTC
  Body  I do t know I haven't put no money with them about mouth

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 03:50:13 UTC
  Body  Navy federal?

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 03:50:36 UTC
  Body  She'll federal credit union

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 03:51:02 UTC
  Body  How long you had it ?

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 03:55:32 UTC
  Body  ^

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 15:23:06 UTC
  Body  You sent an attachment.

Author  ogtellyy (Instagram: 5356253086)
  Sent  2023-01-12 15:24:18 UTC
  Body  That's what one of your friends got back

Author  1_bigjizzz (Instagram: 46396590842)
  Sent  2023-01-12 15:24:52 UTC
  Body  Yea but his was only opened for like 4 months , the longer the more you get
```

7.  Based on their training, experience, and knowledge of this investigation, agents understand the initial response from the SUBJECT ACCOUNT in the above exchange to be Defendant advising username "ogtellyy" that Defendant makes money by depositing checks in banks. Specifically, the context of the conversation indicates that Defendant is referring to fraudulent and/or stolen checks. Defendant asks "ogtellyy" how long his/her bank account has been open for and later states "the longer the more you get." Agents are aware that individuals involved in depositing fraudulent and/or stolen checks typically try to deposit such checks into "aged" accounts, meaning accounts that have been open for longer periods of time with lengthier

transaction histories. Perpetrators of these schemes believe depositing illicit proceeds into such accounts will be less suspicious to a bank.

> **Author** aofluvrackss (Instagram: 15303596137)
> **Sent** 2023-03-22 20:40:02 UTC
> **Body** I want banks
>
> **Author** 1_bigjizzz (Instagram: 46396590842)
> **Sent** 2023-03-22 20:41:22 UTC
> **Body** So where my 90 dollars at ? I have banks for you , I literally wrote down in my note book if this cashapp shi go as planned , you can get all the banks and we can go 60/40 on every one of em you the 60 and I'm the 40
>
> **Author** 1_bigjizzz (Instagram: 46396590842)
> **Sent** 2023-03-22 20:42:17 UTC
> **Body** And I ain't tryna give nb else these accounts
>
> **Author** aofluvrackss (Instagram: 15303596137)
> **Sent** 2023-03-22 20:44:35 UTC
> **Body** Okay

8.  Based on their training, experience, and knowledge of this investigation, agents understand the above exchange to be Defendant advising username "aofluvrackss" that he has bank accounts available to receive deposits of fraudulent and/or stolen checks. Further, Defendant specifies, "we can go 60/40 on every one of em you the 60 and I'm the 40." Agents believe Defendant is referring to the split or share of proceeds from checks deposited into an account. In this case, Defendant would be providing the bank account (typically belonging to a third party) in exchange for 40 percent of any checks deposited, and "aofluvrackss" would be providing the fraudulent and/or stolen check in exchange for 60 percent of any checks deposited. Agents are aware that such splits are common in this type of financial scheme.

9.  Since Defendant's release on bond, Defendant has continued to utilize the SUBJECT ACCOUNT in furtherance of fraudulent schemes.

10. In April 2024, the FBI observed the following post on the SUBJECT ACCOUNT:



11.     Based on their training, experience, and knowledge of this investigation, agents understand the above post to be Defendant soliciting different types of bank accounts to facilitate financial schemes like the one previously described. Based on this post, the FBI instructed a confidential source (hereinafter "CHS") to interact with Defendant via Instagram direct message in response to the solicitation. Defendant advised CHS that he needs details pertaining to his/her bank account, including the login information and bank card to deposit a check into his/her account. CHS expressed concerns that his/her account might be closed, referencing a prior experience with depositing a check. Defendant advised CHS that the ink was wrong on that check, suggesting that the conversation pertained to altered or fraudulent checks. Once CHS indicated that he/she was in possession of the bank card, Defendant advises him/her to call him on telephone number (832) 806-5133.

12.     At the direction of FBI agents, CHS called (832) 806-5133 and the conversation was recorded. FBI agents familiar with Defendant's voice from interviews and other recorded

interactions with Defendant believe the individual who answered CHS's call was in fact Defendant. During the call, CHS and Defendant discussed the logistics of CHS providing his/her bank account information and bank card to Defendant. During subsequent text conversations with CHS, Defendant indicated that he was in possession of a stack of checks that could be deposited into business accounts. Agents are aware that these are typically checks stolen from businesses that were attempting to remit payment to another business for some type of service rendered. Fraudsters believe that such checks, once altered in the name of a fraudulent payee, are more likely to be processed by the receiving bank if deposited into a business account. In the text conversation, Defendant also mentioned that CHS was going to receive a "good amount" and reassured CHS that he was trustworthy. Agents believe that this was Defendant indicating that CHS would receive a share of the proceeds for the use of his/her account.

13. The posts made to the SUBJECT ACCOUNT following Defendant's release on bond conditions, along with the recorded message and voice communications with CHS, demonstrate that Defendant continues to engage in criminal activity in violation of his conditions of release.

*January 23, 2024: Arrest of Defendant by HPD[1]*

14. On January 23, 2024, officers with the Houston, Texas Police Department ("HPD") were conducting a proactive motor vehicle burglary operation at Memorial Park in Houston, Texas, when they observed a silver Nissan Sentra driving around The Arboretum at 4501 Woodway Drive. From previous HPD reports, officers believed the vehicle to be connected to motor vehicle burglaries. Officers observed that the Nissan Sentra was occupied by two males. An HPD officer

---

[1] This conduct was addressed in a violation hearing on February 8, 2024, but is nonetheless included here as further evidence indicating Defendant is involved in an ongoing fraud conspiracy.

then observed the Nissan park next to a black Toyota Camry. The passenger in Nissan Sentra exited the vehicle and approached the passenger's side of the Camry. The passenger then walked to the front passenger's window of the Camry and broke it as officers watched. After breaking the window, the passenger did not appear to remove anything from the Camry and returned to the Sentra. Officers conducted a traffic stop on the Sentra as it was driving away and made contact with the occupants. Defendant was identified as the driver of the vehicle and was charged with criminal mischief.

15. Officers conducted a search of the Sentra and, among other things, found two Kroger Western Union Checks where the original name appeared to be smeared and the name "Jerremy Jenkins" was written over it. Officers also found a check in the vehicle written out to "Jerremy Jenkins" from Cremes Unlimited, Inc. in the amount of $1,091.90.

16. On June 25, 2024, the FBI interviewed a representative of Cremes Unlimited, Inc. (hereinafter "Victim"). Agents provided Victim with a copy of the above check written from Cremes Unlimited, Inc. to Defendant in the amount of $1,091.90. Victim advised that the check was fraudulent, and that Cremes Unlimited, Inc. never authorized a check or payment to Defendant. The original version of that check was payable to one of Cremes Unlimited, Inc.'s vendors. Although the payee had been fraudulently altered to Defendant, the amount, date, and check number were the same as the original check payable to the vendor. Victim further advised that the check payable to Defendant had not yet been deposited into an account.

### *Drug Trafficking via Instagram*

17. In addition to the posts indicating fraud described above, the FBI has also observed multiple posts on the SUBJECT ACCOUNT indicating the user, again believed to be Defendant, is selling controlled substances.

18. On June 14, 2024, the FBI observed the following post on the SUBJECT ACCOUNT:



19. Based on their training, experience, and knowledge of this investigation, agents believe the above post is advertising controlled substances for sale. Specifically, the emoji of a face with the mouth zipped denotes a "zip"—slang for one ounce of a controlled substance, often marijuana. Based on this, agents believe that Defendant is advertising an ounce of marijuana for sale for $100. Agents believe that "QP" denotes a quarter pound, and Defendant appears to be advertising a quarter pound of marijuana for sale for $350. Agents believe that the bow emoji denotes a pound of marijuana, and Defendant appears to be advertising a pound of marijuana for sale for $950 to $1,000.

20. On September 3–4, 2024, the FBI observed the following posts on the SUBJECT ACCOUNT:



21. Based on their training, experience, and knowledge of this investigation, agents believe that the above posts are advertising controlled substances for sale. Specifically, these posts appear to be advertising marijuana for sale, and Defendant is advising that he is selling one-quarter pound of marijuana for $325.

22. On September 6, 2024, the FBI observed the following post on the SUBJECT ACCOUNT:



23.     Based on their training, experience, and knowledge of this investigation, agents believe the above post is advertising controlled substances for sale. Specifically, the post appears to be advertising marijuana for sale.

*Conclusion*

24.     Based on the foregoing, the Government submits that there is probable cause to believe that Defendant has committed a federal, state, or local crime while on release, including wire fraud, in violation of 18 U.S.C. § 1343; conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; bank fraud, in violation of 18 U.S.C. § 1344; conspiracy, distribution, and possession with the intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846; use of a communication facility to facilitate a drug trafficking crime, in violation of 21 U.S.C. § 843(b); and conspiracy and aiding and abetting the aforementioned offenses, in violation of 18 U.S.C. §§ 2 and 371. The foregoing conduct also violates state and local law. There is also

clear and convincing evidence that Defendant as violated a condition of his release by possessing controlled substances.

25.     Since Defendant has violated his conditions of release and committed or aided and abetted violations of federal, state, and local law, the Government respectfully requests that this Court issue a warrant for Defendant's arrest pursuant to 18 U.S.C. § 3148(b) so that he may be brought before the Court to show cause why his bond should not be revoked.

                                              ALAMDAR S. HAMDANI
                                              United States Attorney
                                              Southern District of Texas

By  /s/ Byron H. Black
        Byron H. Black
        Assistant United States Attorney
        SDTX Fed. No. 3874745
        1000 Louisiana Street, Suite 2300
        Houston, Texas 77002
        Telephone: (713) 567-9432
        Email: Byron.Black@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 18, 2024, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

/s/ Byron H. Black
Byron H. Black
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I certify that I have communicated with counsel for Defendant, who objects to this motion.

/s/ Byron H. Black
Byron H. Black
Assistant United States Attorney