Case 4:23-cr-00358   Document 100   Filed on 10/01/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 4:23-cr-00358-6 |
| § | |
| JEREMY JAMES JENKINS § | |

## ORDER OF DETENTION PENDING TRIAL

On October 1, 2024, I held a hearing on the United States of America's Motion for Revocation of Pre-Trial Release (the "Motion"). *See* Dkt. 92. I make the following findings of fact and conclusions of law:

Defendant Jeremy James Jenkins was released on bond on August 28, 2023. The conditions of release required him, among other things, to not violate federal, state, or local law while on release.

On January 25, 2024, Pretrial Services submitted a Petition for Action on Conditions of Pretrial Release. *See* Dkt. 75. On February 8, 2024, I held a hearing to address the alleged pretrial release violations. At the conclusion of that hearing, I modified the conditions of release. I also explained to Mr. Jenkins, in great detail, that he needed to make sure that he complied with the conditions I imposed.

The Government alleges that Mr. Jenkins has violated federal law since the February 8, 2024 hearing. Specifically, the Government contends that Mr. Jenkins has participated in an attempted bank fraud scheme and committed drug trafficking offenses.

As I explained on the record, revocation of supervised release is governed by 18 U.S.C. § 3148. Pursuant to 18 U.S.C. § 3148(b)(1)(A), I find probable cause to believe that Mr. Jenkins has committed a federal, state, or local crime while on release. I further conclude that, pursuant to 18 U.S.C. § 3148(b)(2)(B), Mr. Jenkins is unlikely to abide by any condition or combination of conditions of release. Therefore, Mr. Jenkins's bond is revoked, and he is ordered detained pending trial in this matter.

SIGNED this 2nd day of October 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE