Case number 4:23-00358    March 3rd 2025

United States Courts
Southern District of Texas
FILED

MAR 10 2025

Nathan Ochsner, Clerk of Court

To the honorable Lee H. Rosental, my name is Jeremy Jenkins. My case number is 4:23-00358-06-CR-H-LHR, the reason for me writing this letter to you is for you to reconsider my bond pending the resoulotion of my case. I was originally released on bond Aug 28 2023. While out on Bond I maintained gainful employment however my bond was revoked Sept 25 2024, because my pretrial officer believed I was involved in criminal activity. She felt I was selling drugs illegaly and doing fraud due to an social media post. (my brother who has a legal CBD dispensary used my instagram platform to advertise his products). I am a 21 year old young man with no criminal history. I have never been in any legal trouble in my life. I graduated high school and have plans to attend HCC. My enrollment is delayed however due to me being in prison. I was set to start school on Oct 15th 2024. With my continued incarceration the chances of me starting school this year is in question. I have family support. My parents, siblings, & grandparents who have been with me every step of the way as I deal with the obstacles I am now faced with, will no doubt continue to support me in any way they can as evidenced through their letters of support. I not only have support from my family but also from my pastor, I've been a life long member at greater saint matthews. I have postive plans to be a productive member of society. I have a job oppertunite with ATC plastics as a line operator. I have previous employment with this company. (I worked for them for a year in a half). Thank you for taking the time to read my letter and it is my prayer that you would take this

information into consideration in your decision. Should you decide not to grant bond in this case I ask that I be brought to trial without further delay. Thanks again for your time and I look forward to hearing from you soon.....

Respectfully, Jeremy Jenkins

Jeremy Jenkins 74660510
Federal Detention Center Houston
Po Box 526245
Houston, TX 77052

United States Courts
Southern District of Texas
FILED
MAR 10 2025
Nathan Ochsner, Clerk of Court

HOUSTON TX RPDC 773
4 MAR 2025 PM 1 L

Lee H Rosental cheif us Disrtct Judge
US court house
515 Rusk St
Room 11535
Houston, TX 77002

77002-260285